

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00255-CR

| | | |
|---|---|---|
| STEVEN WESLEY BARKER, Appellant | § | On Appeal from County Court at Law |
| | § | of Hood County (53683) |
| | § | March 16, 2023 |
| V. | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the jury fixed and assessed the punishment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth